In re State of Louisiana; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Terrebonne, 32nd Judicial District Court Div. D, No. 80,895; to the Court of Appeal, First Circuit, No. 99 KA 2727.
Writ granted; conviction and sentence reinstated. Given his long delay of over 20 years in seeking to appeal his conviction and sentence, relator is accountable for the loss of material portions of the trial transcript. See State v. Gonzales, 95-0860 (La.App. 4th Cir.9/18/96), 680 So.2d 1253, 1256; State v. Ford, 92-2029, p. 4 (La.App. 4th Cir.1/31/95), 650 So.2d 808, 810; State v. Clark, 93-0321, p. 5 (La.App. 4th Cir.10/27/94), 644 So.2d 1130, 1132-33; State v. Bernard, 583 So.2d 111, 112 (La.App. 5th Cir.1991).